DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**JONATHAN SILPOT,**
Appellee.

No. 4D18-35

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case No. 15-14389CF10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellant.

Kevin J. Kulik, Fort Lauderdale and Ashley D. Kay, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***